UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 15-07072 SVW (AFM)**                              Date:  **January 3, 2018**

Title  **Kevin W. King v. County of Los Angeles, et al.**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On November 15, 2017, the District Judge (1) accepted and adopted the Second Report and Recommendation of the Magistrate Judge; (2) granted defendants' Motion to Dismiss the Third Amended Complaint; (3) dismissed without further leave to amend and with prejudice (a) plaintiff's claims against all defendants arising from, or concerning, the incident on May 16, 2014, and (b) all of plaintiff's claims against individual defendants Sergeant Castro, Lieutenant Trejo, Deputy Mercado, Deputy Neri, and Sergeant Klinski; (4) dismissed with leave to amend plaintiff's claims against the County only pertaining to the conditions of plaintiff's confinement in the Disciplinary Segregation Unit; (5) ordered plaintiff, if he desires to pursue his claim against the County only pertaining to the conditions of plaintiff's confinement in the Disciplinary Segregation Unit, to file and serve a Fourth Amended Complaint ─ limited to that claim and that defendant ─ no later than thirty (30) days from the date of the Order; and (6) directed plaintiff not to re-allege in a Fourth Amended Complaint the factual allegations concerning the incident on May 16, 2014 or claims against the individual defendants who were dismissed in the Order.

The docket indicates that plaintiff has not filed a Fourth Amended Complaint. Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute.  Plaintiff shall file and serve a response to this Order in a written submission on or before **January 17, 2018**.  Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

:
**Initials of Preparer**       ib