**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN WILLIAM KING,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES,<br>*et al*.,<br><br>          Defendants. | Case No. CV 15-07072 SVW (AFM)<br><br>**JUDGMENT OF DISMISSAL** |

On November 15, 2017, the Court (1) accepted and adopted the Second Report and Recommendation of the Magistrate Judge; (2) granted defendants' Motion to Dismiss the Third Amended Complaint; (3) dismissed without further leave to amend and with prejudice (a) plaintiff's claims against all defendants arising from, or concerning, the incident on May 16, 2014, and (b) all of plaintiff's claims against individual defendants Sergeant Castro, Lieutenant Trejo, Deputy Mercado, Deputy Neri, and Sergeant Klinski; (4) dismissed with leave to amend plaintiff's claims against the County only pertaining to the conditions of plaintiff's confinement in the Disciplinary Segregation Unit; (5) ordered plaintiff, if he desires to pursue his claim against the County only pertaining to the

conditions of plaintiff's confinement in the Disciplinary Segregation Unit, to file and serve a Fourth Amended Complaint — limited to that claim and that defendant — no later than thirty (30) days from the date of the Order; and (6) directed plaintiff not to attempt to re-allege in a Fourth Amended Complaint the factual allegations concerning the incident on May 16, 2014 or claims against the individual defendants who were dismissed in the Order.

The December 15, 2017 deadline has passed and plaintiff has not filed a Fourth Amended Complaint. Although plaintiff advised the Court that he was in custody from December 6, 2017 to January 2, 2018, he has now apparently been out of custody for more than four months but has not filed a Fourth Amended Complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entire action be and hereby is dismissed with prejudice as against Defendants County of Los Angeles, Sergeant Mario Castro, Lieutenant Luis Trejo, Deputy Rene Mercado, Deputy Nicholas Neri, and Sergeant Klinski and that plaintiff take nothing as against Defendants County of Los Angeles, Sergeant Mario Castro, Lieutenant Luis Trejo, Deputy Rene Mercado, Deputy Nicholas Neri, and Sergeant Klinski.

DATED: May 22, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE